UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>IGNACIO LOPEZ<br>   Defendant, | CASE NO. 1:06-cr-00158-OWW-4<br><br>ORDER EXONERATING<br>PROPERTY BOND |

It is **ORDERED**:

The Clerk of the Court shall return all property and/or papers relating to the collateral bail including mortgage deeds, notes, tax receipts and other documents filed with the Court to secure the release of the Defendant, to the Recipient listed below:

Name of Recipient: **Miguel Lopez Barajas and Sonia Ruelas de Lopez**
Address of Recipient: **14737 S. Brawley**
         **Caruthers, Ca. 93609**

APN #: **041-330-24**

Deed of Trust #: **04/1/2006, 20060081718**

Dollar amount: **$75,000**

The parties are responsible for extinguishing any liens which may have been registered against the collateral bail documents or property.

**DONE AND ORDERED** this 11th day of October, 2007, in Fresno, California.

_____
OLIVER W. WANGER
United States District Court Judge

-1-