PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00158-04 OWW** |
| ) | |
| **IGNACIO LOPEZ** ) | |
| ) | |

On November 2, 2007, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. The United States Attorneys Office has been advised and had no objections.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON
United States Probation Officer**

Dated:   May 12, 2010
         Fresno, California


**REVIEWED BY:**   /s/ Hubert J. Alvarez
                  **HUBERT J. ALVAREZ
                  Supervising United States Probation Officer**

**Re:  Ignacio LOPEZ**
    **Docket Number:   1:06CR00158-04 OWW**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| May 19, 2010 | /s/ OLIVER W. WANGER |
| **Date** | **United States District Judge** |

RCT
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office